UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

# FILED

OCT 29 2013

Clerk, U.S. District and
Bankruptcy Courts

Charles Jones
5603 Judicial Drive
Glenn Dale, Maryland 20769

**VS.**

National Council on Disability
1331 F Street NW, Suite 850
Washington, DC 20004

Jeffrey Rosen
15213 Emory Lane
Rockville, Maryland 20853

Rebecca Cokley
1427 A Street, SE
Washington, DC 20003

Anne Sommers
1331 F Street NW, Suite 850
Washington, DC 20004

Case: 1:13-cv-01691
Assigned To : Collyer, Rosemary M.
Assign. Date : 10/29/2013
Description: Civil Rights - Non. Employ.



## COMPLAINT

Charles Jones, Plaintiff and disabled veteran files this complaint for violation of civil rights,

intentional infliction of emotional distress and negligent infliction of emotional distress against

the National Council on Disability, Jeffrey Rosen, Rebecca Cokley and Anne Sommers for

wrongful and tortious conduct. The Defendant's violated the Plaintiff's constitutional rights due to

racial profiling the plaintiff on September 30, 2013 during his visit to the National Council on

Disability to take his wife to brunch.  Due to the Plaintiff's race he was targeted for removal from

the premises.


The Defendants made several false reports and statements to the Federal Protective Service

(FPS) until they finally convinced them of  alleged "suspicious activity" against Plaintiff, an

African American male who was sitting in his wife's office and was questioned regarding why he was there and what he was doing.

The false reports and statements made against the Plaintiff presented an erroneous assumption that his race and ethnicity is more likely to engage in misconduct than any particular individual of another race or ethnicity as Defendants alleged that Plaintiff's mere presence was a "threat to the safety of staff and theft of government property" which led to the FPS questioning the Plaintiff regarding why he was in his wife's office and what he was doing. The false reports, statements and race-based assumptions also led to public humiliation, embarrassment and intimidation and keep alive the negative and harmful stereotypes against African American men which continue to impair the country's efforts to maintain a fair and just society.

**Wherefore the Plaintiff prays that:**

1. He is awarded punitive damages and compensatory damages for pain and suffering and emotional distress in the amount of $500,000.
2. He is awarded all fees and costs in connection with this claim.
3. For such other and further relief as the nature of the cause may require.

Further, the Plaintiff requests a "trial by jury."

Charles Jones
5603 Judicial Drive
Glenn Dale, MD 20769
Phone: 443-413-1397